172 In the Matter of Sharde H., Appellant. Monroe County Attorney, Respondent. [886 NYS2d 64]—Appeal from an order of the Family Court, Monroe County (Dandrea L. Ruhlmann, J.), entered October 27, 2008 in a proceeding pursuant to Family Court Act article 3. The order, among other things, placed re-

spondent in the custody of the New York State Office of Children and Family Services for a period of 12 months.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Centra, Green and Gorski, JJ.